**Order filed March 7, 2022.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————

**NO. 14-22-00006-CV**

—————————

**IN THE INTEREST OF L.S.S., A/K/A L.S.G., A CHILD**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-00921J**

---

## ORDER

On March 4, 2022, appellant informed this court that the trial court had signed an order granting a request for a new trial on March 3, 2022. However, no supplemental clerk's record containing such an order has been provided to this court. Accordingly, the Harris County District Clerk is ordered to provide a supplemental clerk's record containing the signed order granting the motion for new trial within **7 days** of the date of this order. If the case file does not contain such a signed order, the district clerk is ordered to file a supplemental clerk's record containing a certified statement that the case file does not contain such an order.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.